| | |
|---|---|
| 1 | SAMUEL J. MASELLI (CA SBN 219503) |
|   | smaselli@masellilaw.com |
| 2 | LAW OFFICE OF SAMUEL J. MASELLI |
|   | 300 Third Street, Suite 6 |
| 3 | Los Altos, California   94022 |
|   | Telephone:  (650) 917-9055 |
| 4 | Facsimile:  (650) 917-9017 |
| 5 | JEFFREY J. HARRADINE (PRO HAC VICE application pending) |
|   | JHarradine@wardgreenberg.com |
| 6 | WARD GREENBERG HELLER & REIDY LLP |
|   | 300 State Street |
| 7 | Rochester, New York 14614 |
|   | Telephone:  (585) 454-0722 |
| 8 | Facsimile:  (585) 231-1932 |
| 9 | |
|   | Attorneys for Non-Party |
| 10 | PALO ALTO RESEARCH CENTER INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PALO ALTO RESEARCH CENTER INC. | Case No. 15-mc-80101-NC |
| In connection with: | **NON-PARTY PALO ALTO RESEARCH CENTER INCORPORATED'S RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| CONTENTGUARD HOLDINGS, INC., | |
|         Plaintiff, | |
|     v. | |
| GOOGLE, INC., | |
|         Defendant. | |
| Case No. 2:14-cv-61 United States District Court for the Eastern District of Texas | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that non-party Palo Research Center Incorporated is a wholly-owned subsidiary of Xerox Corporation, and that no other publicly-held corporation owns 10% or more of its stock.

Further, pursuant to Rule 3-15 of the Civil Local Rules of the United States District Court for the Northern District of California, the undersigned certifies that it has no knowledge whether any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities, other than the parties themselves, have either a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  March 30, 2015              Respectfully submitted,

By     */s/ Samuel J. Maselli*
            Samuel J. Maselli

Samuel J. Maselli
smaselli@masellilaw.com
LAW OFFICE OF SAMUEL J. MASELLI
300 Third Street, Suite 6
Los Altos, California   94022
Telephone:  (650) 917-9055
Facsimile:  (650) 917-9017

Jeffrey J. Harradine
JHarradine@wardgreenberg.com
WARD GREENBERG HELLER & REIDY LLP
300 State Street
Rochester, New York 14614
Telephone:  (585) 454-0722
Facsimile:  (585) 231-1932

Attorneys for Non-Party
PALO ALTO RESEARCH CENTER INCORPORATED