McKool Smith Hennigan, P.C.
Jennifer P. Estremera (SBN 251076)
jestremera@mckoolsmithhennigan.com
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
Tel: (650) 394-1400
Fax: (650) 394-1422

McKool Smith, P.C.
Radu A. Lelutiu (admission *pro hac vice* to be filed)
rlelutiu@mckoolsmith.com
One Bryant Park, 47th Floor
New York, NY 10036
Tel: (212) 402-9400
Fax: (212) 402-9444

Attorneys for Plaintiff-Intervenor
CONTENTGUARD HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO PALO ALTO RESEARCH CENTER INC.<br><br>In connection with:<br><br>CONTENTGUARD HOLDINGS, INC.,<br>                     Plaintiff,<br>vs.<br>GOOGLE INC.,<br>                     Defendant.<br><br>Case No. 2:14-cv-61<br>United States District Court for the Eastern District of Texas | Case No. 5:15-mc-80101-NC<br><br>**CONTENTGUARD HOLDINGS, INC.'S MOTION TO INTERVENE**<br><br>Date: May 6, 2015<br>Time: 1 p.m.<br>Courtroom: A (15th Floor)<br>Judge: Hon. Nathanael M. Cousins |

**TO MOVANT GOOGLE INC., RESPONDENT PALO ALTO RESEARCH CENTER INC., AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on May 6, 2015, at 1 p.m. or as soon as it may be heard, ContentGuard Holdings, Inc. ("ContentGuard"), the Plaintiff in the litigation wherein the subpoena sought to be enforced before this Court was issued, will move, and hereby does move to intervene in this miscellaneous action. ContentGuard has standing to intervene and is a necessary party to these proceedings because it is the holder of a privilege that shields from disclosure the documents Google Inc. ("Google") has moved to compel.

Google and Respondent Palo Alto Research Center Inc. ("PARC") have indicated that they do not oppose ContentGuard's Motion.

ContentGuard's Motion is supported by the attached Memorandum of Points and Authorities.

ContentGuard submits that the issue to be decided is as follows: Whether the Court should allow ContentGuard, the party that has asserted privilege with respect to the documents whose production is sought in this miscellaneous action, to intervene to explain and defend its claim of privilege.

McKool 1086962v1

CONTENTGUARD HOLDINGS, INC.'S MOTION TO INTERVENE
Case No. 5:15-mc-801011-NC

## **MEMORANDUM OF POINTS AND AUTHORITIES**

ContentGuard respectfully requests leave to intervene in this miscellaneous action, which concerns the question of whether privilege exists and is properly asserted with respect to a number of documents whose production Google has moved to compel. As the party that has asserted the privilege, ContentGuard has standing to intervene and is a necessary party to these proceedings. *See Knoll, Inc. v. Moderno, Inc.*, 2012 U.S. Dist. LEXIS 138497, *4-5 (N.D. Cal. Sept. 26, 2012).

Dated:  April 10, 2015

                By:   /s/ Jennifer P. Estremera
                      Jennifer P. Estremera (SBN 251076)

                      McKool Smith Hennigan, P.C.
                      Jennifer P. Estremera (SBN 251076)
                      jestremera@mckoolsmithhennigan.com
                      255 Shoreline Drive Suite 510
                      Redwood Shores, CA 94065
                      Tel: (650) 394-1400
                      Fax: (650) 394-1422
                      McKool Smith, P.C.

                      Radu A. Lelutiu
                      (admission *pro hac vice* to be filed)
                      rlelutiu@mckoolsmith.com
                      One Bryant Park, 47th Floor
                      New York, NY 10036
                      Tel: (212) 402-9400
                      Fax: (212) 402-9444

                      *Attorneys for Plaintiff-Intervenor*
                      *ContentGuard Holdings, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on April 10, 2015, with a copy of this document via the Court's CM/ECF system per Local Rules.  Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

    /s/ Radu A. Lelutiu
Radu A. Lelutiu