# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO PALO ALTO RESEARCH CENTER, INC.<br><br>In connection with:<br><br>ContentGuard Holdings, Inc.,<br><br>        Plaintiff,<br><br>        v.<br><br>Google Inc.,<br><br>        Defendant.<br><br>Case No. 2:14-cv-61<br>United States District Court for the<br>Eastern District of Texas | Case No. 15-mc-80101 NC<br><br>**ORDER REGARDING STATUS OF CASE** |

    This Court granted a stay of these proceedings pending a ruling on the disputed documents in *ContentGuard Holdings, Inc. v. Google, Inc..,* Case No. 2:14-cv-00061 JRG, currently pending in the Eastern District of Texas. Dkt. No. 26.  The parties must provide a status by August 31, 2015.

    IT IS SO ORDERED.

    DATED: August 11, 2015

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge